IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KING JACK STRONG,

Plaintiff,

vs. CASE NO. 4:07cv203-SPM/AK

PRISON HEALTH SERVICES, et al.,

Defendants.
_______________________________/

**ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated June 23, 2008 (doc.16). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed with prejudice for Plaintiff's failure to

prosecute and comply with court orders.

DONE AND ORDERED this 6th day of August, 2008.

s/ Stephan P. Mickle
Stephan P. Mickle
United States District Judge